IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

      Plaintiff,                    No. CIV S-08-1552 DAD P

   vs.

SIMPSON, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On April 22, 2009, the court granted plaintiff a final thirty days to file an opposition to defendants' pending motion to dismiss. The court had previously granted plaintiff a total of five months to file his opposition to the motion. Accordingly, the court warned plaintiff that it would not grant him any further extensions of time for that purpose.

        On April 30, 2009, plaintiff filed a one-page, barely legible document styled "Motion for Halting all Procedures and Preliminary Injunction." Therein, plaintiff appears to allege that prison officials recently moved him and have not provided him with his property. Plaintiff asks the court to "halt" all of his cases until prison officials return his property.

        In its last order, the court warned plaintiff that it would not grant him any further extensions of time for purposes of filing an opposition to defendants' motion to dismiss.

1

Accordingly, if plaintiff wishes to oppose defendants' motion, he must do so in accordance with the court's April 22, 2009 order. If plaintiff fails to file a timely opposition, the court will recommend that this action be dismissed. In the alternative, if plaintiff no longer wishes to proceed with this action, or if he believes he is unable to diligently prosecute this action at this time, he should file a request to voluntarily dismiss this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 30, 2009 motion (Doc. No. 27) is denied; and

2. Plaintiff shall file an opposition to defendants' motion to dismiss, if any, in accordance with the court's April 22, 2009 order. Failure to do so will result in a recommendation for dismissal of this action. In the alternative, if plaintiff no longer wishes to proceed with this action, or if he believes he is unable to diligently prosecute this action at this time, he should file a request to voluntarily dismiss this action without prejudice.

DATED: May 11, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
beny1552.pi