IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                    No. CIV S-08-1552 GEB DAD P

    vs.

SIMPSON, et al.,

        Defendants.            ORDER

_____/

        On May 26, 2010, plaintiff filed a motion to reopen this case. This civil rights action was closed back on July 8, 2009. Accordingly, plaintiff's motion (Doc. No. 37) is denied. Plaintiff is also advised that documents filed with the court after the action was closed will, in the future, be disregarded and no orders will issue in response to future filings.

DATED: June 2, 2010.

                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:sj
beny1552.58